# MEMORANDUM DECISIONS.

AMERICAN BRIDGE CO. v. CADY. (Circuit Court of Appeals, Sixth Circuit. June 13, 1903.) No. 1,181. In Error to the Circuit Court of the United States for the Northern District of Ohio. E. W. Tolerton, for plaintiff in error. Grant & Sieber, for defendant in error. No opinion. Affirmed.

BELL v. FULLER & JOHNSON MFG. CO. (Circuit Court of Appeals, Seventh Circuit. August 8, 1903.) No. 998. Appeal from the Circuit Court of the United States for the Western District of Wisconsin. Charles M. Peck and Lysander Hill, for appellant. William R. Bagley, for appellee. No opinion. Dismissed pursuant to rule 20.

BJOIN v. FULLER & JOHNSON MFG. CO. (Circuit Court of Appeals, Seventh Circuit. August 8, 1903.) No. 995. Appeal from the Circuit Court of the United States for the Western District of Wisconsin. Charles M. Peck and Lysander Hill, for appellant. William R. Bagley, for appellee. No opinion. Dismissed pursuant to rule 20.

BOWSHER v. LAKE ERIE & W. R. CO. (Circuit Court of Appeals, Sixth Circuit. January 8, 1903.) No. 1,096. In Error to the Circuit Court of the United States for the Northern District of Ohio. Charles A. Thatcher, for plaintiff in error. John B. Cockrum and Doyle & Lewis, for defendant in error. No opinion. Reversed.

THE CARBONERO (2). READING CO. v. MUNSON. (Circuit Court of Appeals, First Circuit. June 4, 1903.) No. 436. Before COLT and PUTNAM, Circuit Judges, and ALDRICH, District Judge.

PER CURIAM. The court having carefully considered the petition for a rehearing filed by the appellant May 23, 1903, and the brief in support thereof, and thereupon, no judge who concurred in the judgment desiring a rehearing, the petition is denied. See (C. C. A.) 122 Fed. 753.

C. CRANE & CO. v. THISTLEWAITE. (Circuit Court of Appeals, Sixth Circuit. November 13, 1902.) No. 1,119. In Error to the Circuit Court of the United States for the Southern District of Ohio. O'Hara & Jordon, for plaintiff in error. C. F. Droste and Walter W. Schoenle, for defendant in error. No opinion. Reversed and remanded.

DONNOVAN et al. v. PENNSYLVANIA CO. (Circuit Court of Appeals, Seventh Circuit. May 13, 1903.) No. 987. Appeal from the Circuit Court of the United States for the Northern District of Illinois. Richard J. Cooney and James R. Ward, for appellants. E. A. Bancroft, Frank J. Loesch, and Charles F. Loesch, for appellee. No opinion. Affirmed. For opinion below, see (C. C.) 116 Fed. 907.